United States District Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RHEX NDEH KASI, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05055 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Before the Court is Petitioner Rhex Ndeh Kasi's ("Petitioner") Petition for Writ of Habeas Corpus. Doc. #1. Respondents have notified the Court that Petitioner was released from immigration custody on June 26, 2026, after an Immigration Judge granted Petitioner asylum Doc. #10 at 1; Doc. #10, Ex. 2. Where a petitioner seeks release from immigration detention, the petition becomes moot once the petitioner is no longer subject to immigration custody. *See B. X. v. Fed. Officials Responsible for Custody*, No. 7:26-CV-199, 2026 WL 2066401, at *2 (S.D. Tex. May 19, 2026), *report and recommendation adopted sub nom. BXXX v. Fed. Officials Responsible for Custody*, 2026 WL 2065451 (S.D. Tex. July 15, 2026). Because Petitioner has now been released from immigration custody, the Court can no longer provide effective relief. *See id.* Accordingly, Petitioner's request for relief under 28 U.S.C. § 2241 is DISMISSED AS MOOT. This is a final judgment. The Clerk is DIRECTED to close this case.

It is so ORDERED.

JUL 2 3 2026

Date

The Honorable Alfred H. Bennett
United States District Judge